# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | : Case No. 3:22-mj-42 |
| Plaintiff, | : |
| vs. | : Magistrate Judge Peter B. Silvain, Jr. |
| JACOB DANIEL ANTHONY, | : |
| Defendant. | : |

## REMOVAL ORDER

This case came on to be heard pursuant to Fed. R. Crim. P. 5. Defendant herein was arrested in this District upon a warrant for an alleged supervised release violation issued in the United States District Court for the Northern District of West Virginia in Case No. 2:16cr3. Defendant appeared in open Court on January 31, 2022, and was advised of his rights. On advice of counsel, Defendant waived proof that he is the person named in the warrant and his right to an Identity Hearing. The Court finds the waiver, knowing, intelligent and voluntary.

**IT IS ORDERED** THAT THE DEFENDANT APPEAR IN THE United States District Court for the Northern District of West Virginia, where the charges are pending against him, for any other proceedings, as ordered by that court.

February 1, 2022

*s/Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge